UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEVI J. SMITH et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FIRST NATIONAL BANK OF NEVADA et al.,<br><br>　　　　　Defendants. | 3:09-cv-00666-RCJ-VPC<br><br>ORDER |

This case arose out of a residential mortgage foreclosure. The parties stipulated to dismissal in February 2011, and the Court signed the stipulation. The Court hereby denies the pending motions filed before that stipulation as moot and closes the case.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF Nos. 5, 6, 27) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 2nd day of January, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　United States District Judge